No. 102. GENERAL OUTDOOR ADVERTISING CO., INC., ET AL. *v.* CALLAHAN ET AL.; and

No. 103. SAME *v.* HOAR ET AL. October 14, 1935. The motion to dismiss the appeal as to R. C. Maxwell Co., one of the appellants in No. 102, is granted.

No. 482. BINGHAM LAND CO. *v.* CENTRAL MAINE POWER CO. Jurisdictional statement submitted October 11, 1935. Decided October 21, 1935. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), the petition is denied. *Messrs. Carter B. Keene* and *Herbert E. Locke* for appellant. *Mr. Edward F. Merrill* for appellee.